**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000730
08-JUN-2023
07:57 AM
Dkt. 17 ODSD**

NO. CAAP-22-0000730

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

BRONSON JONES and CHASSIDIE JONES, Plaintiffs-Appellees, v.
2 BROS SERVICES, LLC, dba IZZY TOWS IT; KAINOA JUSTIN AH SING;
and ISRAEL ALVAREZ, Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-21-0001231)

ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Wadsworth and Guidry, JJ.)

Upon review of the record, it appears that:

(1) On December 12, 2022, self-represented Defendants-Appellants Kainoa Justin Ah Sing (Ah Sing) and Israel Alvarez (Alvarez) filed a notice of appeal for themselves and as alter egos of their business interests as owners of 2 Bros Services, LLC (collectively, Appellants);

(2) The statement of jurisdiction was due on or before February 13, 2023, and the opening brief was due on or before March 15, 2023, without extension;

(3) Appellants failed to file either document, or request an extension of time;

(4) On March 21, 2023, the appellate clerk notified Appellants that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on March 31, 2023, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Appellants could request relief from default by motion; and

(5) Appellants have not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 8, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge